CITY OF HUNTINGTON *v.* FISHER.

[No. 16,855. Filed May 26, 1942.]

*Mart J. O'Malley* and *Lawrence E. Carlson,* both of Huntington, for appellant.

*Bowers, Feightner & Palmer,* of Huntington, for appellee.

BLESSING, J.—The Supreme Court having reversed the Appellate Court in the above entitled cause, the award of the Industrial Board is hereby affirmed.

The death of the appellee having been suggested to this court, the award is affirmed as of the date of submission of the cause to this court.

NOTE.—Reported in 41 N. E. (2d) 832.